# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 24, 2007

131316(47)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

VIRGINIA CLULEY, and
DAVID CLULEY,
      Plaintiffs-Appellants,

v

LANSING BOARD OF WATER
AND LIGHT, and JOHN
ELASHKAR,
      Defendants-Appellees.

SC: 131316
COA: 264208
Ingham CC: 03-002186-CK

_____/

      On order of the Court, the motion for reconsideration of this Court's January 29, 2007 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

      KELLY, J., would grant the motion for reconsideration.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 24, 2007

_____
Clerk

d0416